LXN
F.#2011R01850/NY-NYE-635H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DASH, III,

           Defendant.

- - - - - - - - - - - - - - - - X

FILED
CLERK

2012 APR -9 PM 4: 13

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

NOTICE OF MOTION

Cr. No. CR 12-255

MAUSKOPF, J.
MANN, M.J.

      PLEASE TAKE NOTICE that the government will move this Court for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           April 8, 2012

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201

                  By:     /s/
                                        Lan Nguyen
                                      Assistant U.S. Attorney
                                      (718) 254-6162

cc:   Christopher Booth, Esq.