F.#2011R01850/NY-NYE-635H

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
2012 APR -9 PM 4:13
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

1. Title of Case: **United States v. John Dash, III**
2. Related Magistrate Docket Number(s):

   None ( )

   CR 12 - 255

   MAUSKOPF, J.

   MANN, M.J.

3. Arrest Date:
4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Manhattan</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

                                                LORETTA E. LYNCH
                                                UNITED STATES ATTORNEY

                        By: _____
                                   Lan Nguyen
                                   Assistant U.S. Attorney
                                   718-254-6162

Rev. 3/22/01